IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

| | |
|---|---|
| **Civil Action No. 06-cv-01406-PSF-MEH** | **Date: October 25, 2006** |
| **Courtroom Deputy: Ben Van Dyke** | **FTR – Courtroom A601** |

---

DEBRA A. BENTON,                                  Paul J. Maxon

                  Plaintiff,

v.

ADAMS COUNTY BOARD OF                   Lawrence L. Lee
COUNTY COMMISSIONERS,                    Heidi Miller

                  Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**SCHEDULING CONFERENCE**

**Court in session:      10:10 a.m.**

Court calls case.  Appearances of counsel.

**ORDERED:   The Unopposed Motion to Stay Scheduling Conference dated October 13, 2006 (doc. 13) is granted.**

**ORDERED:   Telephonic Status Conference set for December 7, 2006 at 10:00 a.m.**


**Court in recess:      10:25 a.m.**
**Hearing concluded.**
**Total time in Court: 15 minutes.**