IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01406-PSF-MEH

DEBRA A. BENTON,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS, County of Adams, Colorado,

    Defendant.

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss (Dkt. # 15), seeking dismissal of Plaintiff's Complaint filed July 19, 2006 (Dkt. # 1). On November 13, 2006, plaintiff filed an Amended Complaint (Dkt. # 21). In light of this superseding pleading and defendant's reply brief (Dkt. # 22) acknowledging the Amended Complaint, the motion is DENIED as moot.

    DATED: November 29, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge