IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01406-PSF-MEH

DEBRA A. BENTON,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS, County of Adams, Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 15, 2007.**

    For good cause shown, the First Unopposed Motion to Amend Scheduling Order [Filed February 14, 2007; Docket #38] is **granted.** The parties shall have until and including February 20, 2007, in which to make their initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1).