IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01406-PSF-MEH

DEBRA A. BENTON,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS, County of Adams, Colorado,

    Defendant.

## ORDER GRANTING DISMISSAL OF PLAINTIFF'S THIRD CLAIM

The Court having reviewed the parties' Stipulation for Dismissal With Prejudice of Plaintiff's Third Claim In the Amended Complaint (Dkt. # 40), and being fully advised of this matter, hereby

ORDERS that the plaintiff's third cause of action for Wrongful Discharge in Violation of Public Policy is DISMISSED WITH PREJUDICE, each side to bear its own costs and fees.

DATED:  February 21, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge