IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01406-PSF-MEH

DEBRA A. BENTON,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS, County of Adams, Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2007.**

    For good cause shown, the Stipulated Motion to Amend Scheduling Order [Filed March 30, 2007; Docket #43] is **granted.**

    Sections 8(f) and 8(g) of the Court's Scheduling Order (Docket #30), are hereby amended to provide that the parties must serve all interrogatories, requests for production of documents, and requests for admissions so that responses are due on or before May 30, 2007.