IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01406-PSF-MEH

DEBRA A. BENTON,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS, County of Adams, Colorado; and JOHN LeFEBVRE, as the County Treasurer of Adams County, Colorado,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Defendants' Motion for Leave to File Response (Dkt. # 58) is GRANTED.

    Plaintiff's Motion for Extension of Time (Dkt. # 54) is GRANTED in part and DENIED in part. Plaintiff shall have to and including August 20, 2007 within which to file her response to defendants' Motion for Summary Judgment. Defendants' reply, if any, shall be due on or before September 5, 2007.

DATED: July 24, 2007