IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01406-PSF-MEH

DEBRA A. BENTON,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS, County of Adams, Colorado; and JOHN LeFEBVRE, as the County Treasurer of Adams County, Colorado

    Defendant.

## ORDER ON MOTION TO DISMISS AMENDED COMPLAINT

This matter is before the Court on Defendant's Motion to Dismiss Amended Complaint (Dkt. # 26), which is fully briefed. On July 2, 2007, defendants filed a Motion for Summary Judgment (Dkt. # 50). In it, defendants reassert the legal arguments contained in their motion to dismiss and also raise several new grounds in support of their motion. In light of this new pending motion for summary judgment, Defendant's Motion to Dismiss Amended Complaint (Dkt. # 26) is DENIED as moot. However, to the extent the summary judgment briefing references specific arguments contained in the briefing on the motion to dismiss, the Court will consider those arguments in ruling on the motion for summary judgment.

    DATED: August 17, 2007

                              BY THE COURT:

                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge