IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01406-PSF-MEH

DEBRA A. BENTON,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS, County of Adams, Colorado; and JOHN LeFEBVRE, as the County Treasurer of Adams County, Colorado,

    Defendants.

## ORDER GRANTING DISMISSAL OF PLAINTIFF'S SECOND CLAIM

Having reviewed the parties' Stipulation for Dismissal with Prejudice of Plaintiff's Second Claim in the Amended Complaint (Dkt. # 71), and being fully advised in this matter, the Court hereby ORDERS that plaintiff's second cause of action for Age Discrimination in Violation of the Age Discrimination in Employment Act and the Colorado Anti-Discrimination Act is DISMISSED WITH PREJUDICE, each side to bear his, her, or its own costs and fees.  As a result of this Order, the only claim still pending in this case is plaintiff's first cause of action under 42 U.S.C. § 1983 for violation of her First and Fifth Amendment rights.

DATED:  August 28, 2007

                                                  BY THE COURT:

                                                *s/Phillip S. Figa*
                                                Phillip S. Figa
                                                United States District Judge