IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01406-PSF-MEH

DEBRA A. BENTON,

      Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS, County of Adams, Colorado, and
JOHN LEFEBVRE, County Treasurer of Adams County, Colorado,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 5, 2007.**

      In light of the filing of the Final Pretrial Order in this case on September 4, 2007, Defendants' Motion to Amend Scheduling Order Regarding Stipulated Facts [filed August 21, 2007; doc #67] is **denied as moot**.